UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISIAH DANIELS,           No. C 04-5123 MHP (pr)

    Petitioner,          **ORDER DENYING CERTIFICATE OF APPEALABILITY**

    v.

A. P. KANE,

    Respondent.
_____/

    Petitioner has filed a notice of appeal and requested a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). The certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

    IT IS SO ORDERED.

DATED: July 3, 2007

                                              Marilyn Hall Patel
                                              United States District Judge